246 P.2d 879

STATE TAX COMMISSION of the State of Arizona, a body corporate and politic, and Joe Hunt, Thad M. Moore and Warren Peterson, as members of the State Tax Commission, Appellants, v. INSPIRATION CONSOLIDATED COPPER COMPANY, a corporation, Appellee.

No. 5436.

Supreme Court of Arizona.

July 14, 1952.

Fred O. Wilson, Atty. Gen., Charles C. Stidham, Asst. Atty. Gen., for appellants.

Edward W. Rice, of Globe, for appellee.

PER CURIAM.

This is a companion case to State Tax Commission v. Miami Copper Company, 74 Ariz. 234, 246 P.2d 871. The essential

facts are the same and the issues present the same questions. For the reasons stated therein and upon the conclusions reached in that case, the judgment of the lower court is in all respects affirmed.

UDALL, C. J., and STANFORD, PHELPS, DE CONCINI, and LA PRADE, JJ., concurring.